IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DANIEL PEDRAZA
ADC #155040                                                          PETITIONER

v.                              No. 5:17-cv-37-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                    RESPONDENT

## ORDER

**1.** Motion for extension, № 21, granted. Pedraza's objections are due by 6 October 2017.

**2.** Motion for appointed counsel, № 21, denied without prejudice. At this stage, neither the facts nor the claims are complex enough to warrant appointed counsel. And Pedraza has ably represented himself so far. *Plummer v. Grimes*, 87 F.3d 1032, 1033 (8th Cir. 1996).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 September 2017