IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DANIEL PEDRAZA
ADC #155040                                                            PETITIONER

v.                          No. 5:17-cv-37-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                      RESPONDENT

## JUDGMENT

Pedraza's petition is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 December 2017